UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61756-CIV-COHN/SELTZER

ROGER MARTIN,

    Plaintiff,

v.

HATTERAS YACHT SALES LLC, a/k/a
HATTERAS, CATERPILLAR AMERICAS
CO., AND ITS AGENTS, GREGORY POOLE
EQUIPMENT COMPANY and GREGORY
POOL CAT, LLC,

    Defendants.
_____/

## ORDER RE: MOTION FOR ORDER ALLOWING VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT PENDING SETTLEMENT

**THIS CAUSE** is before the Court upon Plaintiff Roger Martin's Motion for Order Allowing Voluntary Dismissal of Plaintiff's Complaint Pending Settlement [DE 28]. The Court has considered the motion and the record in this case and is otherwise advised in the premises.

Plaintiff requests an order dismissing this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may only dismiss an action voluntarily and without prejudice by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or . . . (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Defendant Caterpillar Inc. filed an Answer [DE 9] on August 15, 2011, so dismissal under Rule 41(a)(1)(A)(i) is improper. Plaintiff's motion is not signed by all parties who have appeared, so dismissal under Rule 41(a)(1)(A)(ii) is also improper.

Federal Rule of Civil Procedure 41(a)(2) also permits dismissal by "at the

plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).  Plaintiff represents that "[t]he parties have exchanged and agreed upon all of the material terms of Settlement and mutually agree to Order of Dismissal Without Prejudice," Mot. at 1 ¶ 4, and that Plaintiff's counsel "is authorized to report that all parties are in agreement to dismissal without prejudice," id. at 2 ¶ 5, however the Court is hesitant to grant Plaintiff's request without a response from all Defendants.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that by no later than **5:00 p.m. on October 4, 2011**, all Defendants shall respond to Plaintiff's Motion for Order Allowing Voluntary Dismissal of Plaintiff's Complaint Pending Settlement [DE 28], indicating whether they object to the relief sought.  **Defendants' failure to respond may result in the motion being granted and the above-captioned action being dismissed without prejudice.**  Alternatively, the parties`` may submit a stipulation of dismissal signed by all parties who have appeared by no later than **5:00 p.m. on October 4, 2011.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30th day of September, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF